[No. 56154-5-I. Division One. May 30, 2006.]

VIC BALLY, *Respondent,* v. OCEAN TRANSPORTATION SERVICES, L.L.C., ET AL, *Appellants.*

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 29, 2007. Substitute opinion filed. See 136 Wn. App. 1052.

[No. 56272-0-I. Division One. May 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. R.L., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-8-00652-0, Harry J. McCarthy, J., entered June 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56290-8-I. Division One. May 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. EDGAR DALE SPAULDING, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 05-8-00111-1, Harry J. McCarthy, J., entered April 28 and May 10, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56494-3-I. Division One. May 30, 2006.]

*In the Matter of the Marriage of* LESLIE A. HARGIS-GREENSHIELDS, *Respondent,* and MARK W. GREENSHIELDS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-3-04992-7, Cheryl B. Carey, J., entered March 24, 2005. *Reversed* by unpublished per curiam opinion.